### WOODS v. TOPLETZ et al.

#### No. 3704.

Court of Civil Appeals of Texas. El Paso.

June 16, 1938.

Lyle Saxon and J. E. Burkholder, both of Dallas, for appellant.

Geo. T. Burgess, S. W. Marshall, and Herbert W. Whisenant, all of Dallas, for appellees.

PER CURIAM.

Appellant having filed no briefs upon this appeal, the appeal is dismissed for want of prosecution. Haynes v. J. M. Radford Grocery Co., 118 Tex. 277, 14 S. W.2d 811.

Dismissed.